TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00506-CR







David Degnan, Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY


NO. 622,754, HONORABLE FRED A. MOORE, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's brief on appeal was originally due February 11, 2004. On counsel's
motion, the time for filing was extended to April 12, 2004. No brief has been filed on appellant's
behalf and no further extension of time for filing has been sought.

Appellant's counsel, Mr. Christopher P. Morgan, is ordered to file a brief in
appellant's behalf no later than May 14, 2004. No further extension of time for filing this brief will
be granted.

It is ordered April 22, 2004.


Before Chief Justice Law, Justices Patterson and Puryear

Do Not Publish